# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Harole McMillan

v.

USA

Case No. Civil 00-2448 PAM/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

1. The May 2, 2001 Report and Recommendation of Magistrate Judge Susan Richard Nelson is ADOPTED IN ITS ENTIRETY; and

2. Petitioner's Application for habeas corpus Relief under 28 U.S.C. 2241 is DISMISSED WITH PREJUDICE.

DATE: May 28, 2001

FRANCIS E. DOSAL, CLERK

Mary Kaye Conery

Mary Kaye Conery, Deputy Clerk